HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MELISSA SERAFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:13-mj-00073 MJS |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| MELISSA SERAFIN, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2), Defendant, Melissa Serafin, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence during her anticipated change of plea and sentencing on Wednesday, October 8, 2014. In the alternative, Ms. Serafin requests that the Court permit her to appear by telephone.

Ms. Serafin agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant was personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

Defendant makes this request because she resides in Elk Grove, California, and wishes to avoid the time and expense involved in traveling to Yosemite National Park for her court appearance.

///

This request is made pursuant to Federal Rule of Criminal Procedure 43(b)(2).

DATED:   September 29, 2014          /s/Melissa Serafin
                                     MELISSA SERAFIN
                                     (Original signature in file)


DATED:   October 02, 2014            /s/ Eric V. Kersten
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Melissa Serafin


**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's personal appearance on October 8, 2014, may be waived because the **Court intends to hold a Status Conference, not take a plea**, on that date.   Absent further Order of this Court for good cause shown, Defendant will be required to attend to enter a plea and be sentenced on a date to be set.

IT IS SO ORDERED.

Dated:   October 6, 2014             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE