1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JANET BATEMAN, SBN # 241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MELISSA SERAFIN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  Case No.  6:13-mj-0073-MJS
                                  )
12         Plaintiff,              )  **DEFENDANT'S MOTION TO APPEAR**
                                  )  **TELEPHONICALLY FOR CHANGE OF**
13 vs.                             )  **PLEA; ORDER**
                                  )
14 MELISSA SERAFIN,                )  Date:   October 8, 2014
                                  )  Time:   10:30 a.m.
15         Defendant.              )  Judge: Hon. Michael J. Seng
                                  )
16 _____ )

17        Pursuant to Fed. R. Crim. P. 43(b)(2), Defendant, Melissa Serafin, having been advised

18 of her right to be present at all stages of the proceedings, hereby requests that this Court permit

19 her to appear via telephone for a change of plea hearing and sentencing.  Defendant agrees that

20 her interests shall be represented at all times by the presence of her attorney, the Office of the

21 Federal Defender for the Eastern District of California, the same as if Defendant were personally

22 present, and requests that this court allow her attorney-in-fact to represent her interests at all

23 times.

24        Ms. Serafin resides in Elk Grove, California.  She has entered into a plea agreement with

25 the government, and at the hearing scheduled for October 8 2014, intends to enter a guilty plea to

26 Citation Number 1850593.  The government does not object to Ms. Serafin appearing via the

27 telephone.

28

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN J. WAGNER<br>United States Attorney |
| Dated: October 7, 2014 | /s/ Matthew McNease<br>MATTHEW McNEASE<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 7, 2014 | /s/ Janet Bateman<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>MELISSA SERAFIN |

**O R D E R**

Good cause appearing, the above Defendant's motion to appear telephonically for change of plea hearing in Case No. 6:13-mj-0073-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   October 8, 2014                    /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE